# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA HOPSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NOVE PLAZA, LLC, et al.,<br><br>　　　　Defendants. | Case No. 1:17-cv-01746-AWI-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE; GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME TO SERVE DEFENDANT NOVE PLAZA, LLC; AND DENYING PLAINTIFF'S REQUEST TO FILE AN AMENDED COMPLAINT AS UNNECESSARY<br><br>(ECF Nos. 8, 10) |

Plaintiff Cynthia Hopson filed this action against Defendants Nove Plaza LLC, Shelly Ann Diedrich, and Raymond Edward alleging violation of the Americans With Disabilities Act and state law claims on December 26, 2017. On this same date summonses issued. On January 5, 2018, Plaintiff filed a proof of service for Defendant Diedrich. Defendant Diedrich has not responded to the complaint.

On April 20, 2018, an order issued requiring Plaintiff to show cause why this action should not be dismissed for failure to serve in compliance with Rule 4(m) of the Federal Rules of Civil Procedure and failure to prosecute. Plaintiff filed a request for entry of default as to Defendant Diedrich and a response to the order to show cause on April 25, 2018.

Plaintiff states that she has been unable to serve Defendant Nove Plaza at the agent of service listed with the California Secretary of States and has recently discovered that the defendant is a Delaware entity. Plaintiff seeks an extension of time to serve Defendant Nove Plaza at the agent for service listed with the Delaware Secretary of State. Further, Plaintiff states

that she has realized that Raymond Edward is incorrectly identified in the complaint and seeks to file an amended complaint to correctly name the defendant.

Based on Plaintiff's response, the order to show cause shall be discharged and the Court will grant an extension of time in which to serve Defendant Nove Plaza. As to the request to file an amended complaint, under Rule 15(a) of the Federal Rules of Civil Procedure, a party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served. Fed. R. Civ. P. 15(a)(1). Here, there has been no responsive pleading served and Plaintiff may amend her complaint as a matter of right. Therefore, the request is denied as unnecessary.

Based on the foregoing, IT IS HEREBY ORDERED that:

1. The order to show cause filed on April 20, 2018 is DISCHARGED;
2. Plaintiff's request for an extension of time to serve Defendant Nove Plaza is GRANTED;
3. Plaintiff shall effect service of process on Defendant Nove Plaza on or before June 1, 2018;
4. Plaintiff's request for an extension of time to file an amended complaint is DENIED as unnecessary; and
5. Plaintiff is advised that if she does not file an amended complaint within five (5) days from the date of service of this order, the Court shall recommend that Defendant Edward be dismissed from this action for failure to comply with Rule 4(m).

IT IS SO ORDERED.

Dated: __**April 26, 2018**__

UNITED STATES MAGISTRATE JUDGE