# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA HOPSON,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>NOVE PLAZA, LLC, et al.,<br><br>　　　　Defendants. | Case No. 1:17-cv-1746-AWI-SAB<br><br>ORDER RE STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT RAYMOND EDWARD JURSNICH TO FILE A RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT AND SETTING ASIDE DEFAULT AGAINST DEFENDANT SHELLY ANN DIEDRICH<br><br>(ECF No. 21) |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. The default entered against Defendant, Shelly Ann Diedrich on April 26, 2018 is SET ASIDE; and

2. Defendants Shelly Ann Diedrich and Ray Edward Jursnich shall file a response to the first amended complaint on or before June 29, 2018.

IT IS SO ORDERED.

Dated: __**June 7, 2018**__

UNITED STATES MAGISTRATE JUDGE

1