# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA HOPSON,<br><br>    Plaintiff,<br><br>v.<br><br>NOVE PLAZA, LLC, et al.,<br><br>    Defendants. | Case No. 1:17-cv-01746-AWI-SAB<br><br>ORDER REQUIRING THE PARTIES TO SHOW CAUSE WHY SANCTIONS SHOULD NOT ISSUE FOR THE FAILURE TO FILE A JOINT SCHEDULING REPORT<br><br>(ECF Nos. 8, 10)<br><br>DEADLINE: JULY 13, 2018 |

Plaintiff Cynthia Hopson filed this action against Defendants Nove Plaza LLC, Shelly Ann Diedrich, and Raymond Edward alleging violation of the Americans With Disabilities Act and state law claims on December 26, 2017. On May 2, 2018, Plaintiff filed a first amended complaint to correct the name of Raymond Edward Jursnich. Defendants Diedrich and Jursnich filed an answer to the complaint on June 29, 2018 and an amended answer on July 2, 2018. A scheduling conference is set for July 17, 2018 at 10:00 a.m. in this matter.

Pursuant to the scheduling order, the parties are required to file a joint scheduling report one week prior to the scheduling conference. (ECF No. 3 at 4.) The parties have not filed a joint scheduling report in compliance with the scheduling order.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. Bautista v. Los Angeles County, 216 F.3d 837, 841 (9th Cir.

2000).

Accordingly, IT IS HEREBY ORDERED that on or before **July 13, 2018**, the parties shall show cause why monetary sanctions should not issue for the failure to file a joint scheduling report in compliance with the scheduling order. The parties are advised that failure to respond to this order will result in the issuance of sanctions.

IT IS SO ORDERED.

Dated: __**July 12, 2018**__

_____
UNITED STATES MAGISTRATE JUDGE