# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA HOPSON,<br><br>  Plaintiff,<br><br> v.<br><br>NOVE PLAZA, LLC, et al.,<br><br>  Defendants. | Case No. 1:17-cv-01746-AWI-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT ISSUE FOR THE FAILURE TO FILE A JOINT SCHEDULING REPORT<br><br>(ECF Nos. 27, 30) |

On July 12, 2018, an order issued requiring the parties to show cause why sanctions should not issue for their failure to file a joint scheduling report in compliance with the scheduling order issued in this action. A response was filed on July 13, 2018.

Based on the response, the Court shall discharge the order to show cause. However, the parties are advised that they are required to comply with deadlines issued in this action and any further such failures to comply in this action will result in the issuance of monetary sanctions.

Based on the foregoing, IT IS HEREBY ORDERED that the July 12, 2018 order requiring the parties to show cause is DISCHARGED.

IT IS SO ORDERED.

Dated: **July 13, 2018**

UNITED STATES MAGISTRATE JUDGE

1