1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA HOPSON,<br><br>    Plaintiff,<br><br>    v.<br><br>NOVE PLAZA, LLC, et al.,<br><br>    Defendants. | Case No. 1:17-cv-01746-AWI-SAB<br><br>ORDER DISREGARDING NOTICE OF VOLUNTARY DISMISSAL AND REQUIRING PLAINTIFF TO FILE DISPOSITIVE DOCUMENTS WITHIN SIXTY DAYS<br><br>(ECF Nos. 34, 35, 36) |

Plaintiff Cynthia Hopson filed this action against Defendants Nove Plaza LLC, Shelly Ann Diedrich, and Raymond Edward alleging violation of the Americans With Disabilities Act and state law claims on December 26, 2017. On August 16, 2018, Plaintiff filed a notice of voluntary dismissal, notice of settlement, and request for withdrawal of dismissal.

Plaintiff requests that the notice of voluntary dismissal (ECF No. 34) be withdrawn as it was filed in error. Accordingly, the notice of voluntary dismissal has been withdrawn and shall be disregarded. Plaintiff states that this action has settled and the Court shall grant the request for sixty days in which to file dispositive documents.

Based on the foregoing, IT IS HEREBY ORDERED that:

1.    Plaintiffs' request to withdraw the notice of voluntary dismissal is GRANTED;

2.    The notice of voluntary dismissal is DISREGARDED;

3.    Plaintiff shall file dispositive documents within sixty days of the date of entry of

1

this order; and

4.     Failure to comply with this order may result in the issuance of sanctions, up to and including dismissal of this action.

IT IS SO ORDERED.

Dated:   **August 17, 2018**

UNITED STATES MAGISTRATE JUDGE