# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA HOPSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NOVE PLAZA, LLC, et al.,<br><br>　　　　Defendants. | Case No. 1:17-cv-01746-AWI-SAB<br><br>ORDER REQUIRING DUGGAN LAW CORPORATION TO RENOTICE MOTION FOR LEAVE TO WITHDRAW AS COUNSEL<br><br>(ECF No. 39)<br><br>DEADLINE: OCTOBER 5, 2018 |

On September 27, 2018, Duggan Law Corporation, counsel for Defendants Shelly Ann Diedrich, and Raymond Edward Jursnich, filed an amended notice of motion for leave to withdraw as counsel for Shelly Ann Diedrich and Raymond Edward Jursnich, and to stay this action in the interim. (ECF No. 39.) The amended notice incorrectly specified that the hearing on such motion is to be conducted at the courthouse located in Sacramento. The hearing is in fact to be conducted at the courthouse located in Fresno.

Based on the foregoing, IT IS HEREBY ORDERED that:

1. Duggan Law Corporation shall file and serve, by October 5, 2018, an amended notice of motion specifying that the hearing on the motion for leave to withdraw as counsel for Shelly Ann Diedrich and Raymond Edward Jursnich, and to stay this action in the interim, will be conducted at the above entitled Court, in Courtroom 9 (6th Floor), located at 2500 Tulare St., Fresno CA 93721.

IT IS SO ORDERED.

Dated: __October 3, 2018__

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1