# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA HOPSON,<br><br>    Plaintiff,<br><br>v.<br><br>NOVE PLAZA, LLC, et al.,<br><br>    Defendants. | Case No. 1:17-cv-01746-AWI-SAB<br><br>ORDER REQUIRING DUGGAN LAW CORPORATION TO FILE PROOF OF SERVICE OF SECOND AMENDED NOTICE OF MOTION<br><br>(ECF No. 41)<br><br>DEADLINE: OCTOBER 15, 2018 |

On October 3, 2018, Duggan Law Corporation, counsel for Defendants Shelly Ann Diedrich, and Raymond Edward Jursnich, filed a second amended notice of motion for leave to withdraw as counsel for Shelly Ann Diedrich and Raymond Edward Jursnich, and to stay this action in the interim. (ECF No. 41.) No proof of service demonstrating service on client Defendants Shelly Ann Diedrich nor Raymond Edward Jursnich was filed with the Court.

Based on the foregoing, IT IS HEREBY ORDERED that Duggan Law Corporation shall file, by October 15, 2018, proof of service demonstrating that the second amended notice was properly served upon Defendants Shelly Ann Diedrich and Raymond Edward Jursnich.

IT IS SO ORDERED.

Dated: **October 11, 2018**

                                                               UNITED STATES MAGISTRATE JUDGE

1