# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA HOPSON,<br><br>Plaintiff,<br><br>v.<br><br>NOVE PLAZA, LLC, et al.,<br><br>Defendants. | Case No. 1:17-cv-01746-AWI-SAB<br><br>ORDER ADDRESSING ORDER TO SHOW CAUSE RESPONSE<br><br>(ECF No. 49)<br><br>TWENTY-ONE DAY DEADLINE |

Plaintiff Cynthia Hopson filed this action against Defendants Nove Plaza LLC, Shelly Ann Diedrich, and Raymond Edward alleging violation of the Americans With Disabilities Act and state law claims on December 26, 2017. On February 1, 2019, an order was filed requiring Plaintiff to show cause why Defendant Nove Plaza should not be dismissed for failure to serve the summons and complaint. (ECF No. 48.) Plaintiff filed a response on February 6, 2019. (ECF No. 49.)

Plaintiff's response does not address service of Defendant Nove Plaza but requests that the Court not dismiss Nove Plaza yet for lack of prosecution as Plaintiff intends on dismissing the entire case and is simply wrapping up a few loose ends. However, the Court did not suggest that dismissal would be for lack of prosecution but for failure to effect service of process as required by Rule 4(m) of the Federal Rules of Civil Procedure. As dismissal of this action may moot the service issue, the Court shall require Plaintiff to respond to the status of service of Defendant Nove Plaza if this action remains active.

///

1

Accordingly, IT IS HEREBY ORDERED that Plaintiff shall file a further response to the order to show cause within twenty-one (21) days of the date of entry of this order if a notice of settlement has not been filed. Should a notice of settlement be filed, Plaintiff need not file a further response.

IT IS SO ORDERED.

Dated: __**February 8, 2019**__

_____
UNITED STATES MAGISTRATE JUDGE