# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA HOPSON,<br><br>    Plaintiff,<br><br>v.<br><br>NOVE PLAZA, LLC, SHELLY ANN DIEDRICH, RAYMOND EDWARD JURSNICH,<br><br>    Defendants. | CASE NO. 1:17-cv-01746-AWI-SAB<br><br>**ORDER CLOSING CASE IN LIGHT OF STIPULATION OF DISMISSAL**<br><br>(Doc. No. 53) |

On March 14, 2019, the parties filed a stipulation of dismissal of this case. See Doc. No. 53. The stipulation is signed by all current parties[1] and was filed after Defendants Shelly Diedrich and Raymond Jursnich filed their answers. See Doc. Nos. 23-24. Therefore, the stipulation is governed by Federal Rule of Civil Procedure 41(a)(1)(A)(ii), which provides that "the plaintiff may dismiss an action without a court order by filing . . . (ii) a stipulation of dismissal signed by all parties who have appeared."

Dismissals under Rule 41(a)(1)(A), when properly filed, are effective immediately and do not require a court order/court approval. See Fed. R. Civ. P. 41(a)(1); Yesh Music v. Lakewood Church, 727 F.3d 356, 362 (5th Cir. 2013); Commercial Space Mgmt. Co. v. Boeing Co., 193 F.3d 1074, 1077 (9th Cir. 1999); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997); In re Wolf, 842 F.2d 464, 466 (D.C. Cir. 1989).

---

[1] Former defendant Nove Plaza, LLC had been previously dismissed from this case and, therefore, was not a signatory to the stipulation. See Doc. No. 51 (order dismissing Nove Plaza, LLC).

| | |
|---|---|
| 1 | Therefore, **IT IS HEREBY ORDERED** that the Clerk is to **CLOSE** this case in light of the parties' filed and signed stipulation of dismissal. <u>See</u> Doc. No. 53. Due to the dismissal of this case, the pending order for Plaintiff to show cause, <u>see</u> Doc. No. 52, is discharged as moot. |

IT IS SO ORDERED.

Dated:   March 19, 2019                                _____
                                                          SENIOR DISTRICT JUDGE